443 A.2d 366

Wilde v. New Evangelical, etc. v. Pearce, Appellant.
Reargument Denied April 13, 1982.

Argued April 14, 1981. Samuel Oppenheim, for appellant; James M. Burton, for appellees.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

Order affirmed.